IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff/Respondent, | §<br>§<br>§ | |
| V. | §<br>§ | CR. No. C-04-199<br>C.A. No. C-05-558 |
| ALEX ANTONIO BRIONES,<br>  Defendant/Movant. | §<br>§ | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Alex Antonio Briones' motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 23rd day of January, 2006.

_____
Janis Graham Jack
United States District Judge